# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DAVID W. TAYLOR**                                                                    **PLAINTIFF**

v.                     **CASE NO. 2:21-CV-00004-BSM**

**JOHN P. YATES, Warden,**
**FCC Forrest City**                                                           **DEFENDANT**

## ORDER

After carefully reviewing United States Magistrate Judge Patricia S. Harris's proposed findings and recommendations (RD) [Doc. No. 26] and the entire record, the RD is adopted. David Taylor's petition for writ of habeas corpus is denied for lack of jurisdiction, and this case is dismissed. Taylor's motion for home confinement [Doc. No. 6] is denied as moot.

IT IS SO ORDERED this 11th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE