IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DAVID W. TAYLOR**                                                                                    **PLAINTIFF**

**v.**                                         **CASE NO. 2:21-CV-00004-BSM**

**JOHN P. YATES, Warden,**
**FCC Forrest City**                                                                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 11th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE